374 A.2d 728

Sigler v. Southeastern Pennsylvania Transportation Authority, Appellant.

Argued March 22, 1977.   J. Shane Creamer, with him John Rogers Carroll, for appellant;   Barney B. Welsh, with him Ominsky & Welsh, for appellee.

Judgment affirmed.

374 A.2d 728

Sload, Appellant, v. Mansion House Hotel, Inc.

Argued March 23, 1977.   William L. McLaughlin, for appellant;   C. Richard Morton, for appellee.

Order affirmed.